IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARITA MARSHALL,                    :
                 *Plaintiff,*                    :
                                        :
            v.                    :  CIVIL NO. 24-1931
                                          :
UNITED STATES POST OFFICE,             :
UNITED STATES POSTAL SERVICE           :
NATIONAL TORT CENTER, and              :
UNITED STATES OF AMERICA,              :
                 *Defendants.*                    :
                                        :

## ORDER

**AND NOW**, this **16th** day of **October 2024**, for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that Defendant the United States of America's Motion for Summary Judgment (ECF No. 8)[1] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.**

The Clerk is directed to **CLOSE** this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge

---

[1]    The United States of America initially filed a Motion to Dismiss; however, this Court converted the Motion to Dismiss to a Motion for Summary Judgment on August 28, 2024. ECF No. 11.